**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 26, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00872-CV

---

## IN RE PIONEER FREIGHT GP, LLC, PIONEER FREIGHT, LTD., AND MARCELLUS JEROME ROGERS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-82750**

---

## MEMORANDUM OPINION

On October 31, 2019, relators Pioneer Freight GP, LLC, Pioneer Freight, Ltd., and Marcellus Jerome Rogers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate his October 14, 2019 order striking the counter-affidavits of Marc Chapman.

On March 3, 2020, our court sent a letter to counsel for relators stating:

On December 23, 2019, counsel for relators filed a letter with our court stating that the parties have settled all matters and that a motion to dismiss the mandamus proceeding will be filed upon finalization of the settlement documents and funding. Please provide the court a status report of the settlement and whether relators would like to dismiss their petition. If we do not receive such status report by March 16, 2020, the court will assume that the settlement has been completed and will proceed to dismiss the mandamus proceeding.

Because our court did not receive the requested status report by March 16, 2020, we DISMISS relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

2